IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEROY DEMETRICE JAMES,**
**ADC #112786**                                                                                         **PLAINTIFF**

V.                    CASE NO. 5:19-CV-24-JM-BD

**WENDY KELLY**, *et al*.                                                                      **DEFENDANTS**

RECOMMENDED DISPOSITION

I. **Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Mr. James may file written objections if he disagrees with the findings or conclusions of this Recommendation. To be considered, objections must be filed with the Court Clerk within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. James does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

II. **Discussion:**

Mr. James, an inmate at the Arkansas Department of Correction (ADC), is proceeding *in forma pauperis*. (Docket entries #2, #3) He did not include enough information in his complaint to move forward. (#2) Rather than recommending dismissal of the complaint, the Court ordered him to file an amended complaint within 30 days of January 28, 2019, to explain what punishment he had received as a result of the alleged

false disciplinary conviction. (#4) Without this information, the Court cannot determine whether the alleged misconduct rises to the level of a constitutional violation. The Court specifically cautioned Mr. James that his claims could be dismissed if he failed to amend his complaint. (#4) To date, however, Mr. James has failed to comply.

### III.  Conclusion:

The Court recommends that Mr. James's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 28, 2019 Order, and failure to prosecute this case.

DATED this 2nd day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE