IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEROY DEMETRICE JAMES,
ADC #112786                                                                                       PLAINTIFF

V.                            CASE NO. 5:19-cv-24-JM-BD

WENDY KELLY, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. James's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 18th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE