IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEROY DEMETRICE JAMES,
ADC #112786                                                                                      PLAINTIFF

V.                      CASE NO. 5:19-cv-24-JM-BD

WENDY KELLY, *et al*.                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 18th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE